# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **VICTOR JANCER SAUTIZO,** <br><br> Defendant. | CR NO: 2:15-CR-0141 JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Victor Jancer Sautizo
Detained at: SATF-CSP
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
              charging detainee with: 8 U.S.C. §§ 1326(a) and (b)(2) Deported Alien Found in US
        or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
         or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                    is currently being served at the detaining facility

*Appearance is necesssary **May 4, 2016** in the Eastern District of California.*

Signature: */s/ Katherine T. Lydon*
Printed Name & Phone No: KATHERINE T. LYDON (916) 554-2722
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 4, 2016**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 11, 2016

*/s/ Allison Claire*
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | AX0101 | DOB: | 01/13/1990 |
| Facility Address: | 900 Quebec Ave, Corcoran, CA 93212 | Race: | C |
| Facility Phone: | (559) 992-7100 | FBI#: | Ukn |
| Currently | Unknown | | |

## RETURN OF SERVICE

Executed on: _____